IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LARRY CRIBB and CAROLYN CRIBB, <br><br> Plaintiffs, <br><br> v. <br><br> SULZER METCO (US) INC., and THE PERKIN-ELMER CORPORATION, and APPLERA CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 4:09-cv-00141-FL <br> (Removed from the General Court of Justice, Superior Court Division, Carteret County, North Carolina, Case No. 09 CVS 1018) |

**MOTION OF DEFENDANTS THE PERKIN-ELMER CORPORATION AND APPLERA CORPORATION TO DISMISS PLAINTIFFS' STRICT LIABILITY CLAIM FOR FAILURE TO STATE A CLAIM UPON <u>WHICH RELIEF CAN BE GRANTED</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6), and subject to and without waiving the jurisdictional defenses presented in their answer to the plaintiffs' complaint, defendants The Perkin-Elmer Corporation and Applera Corporation, improperly named as defendants, respectfully move this Court to dismiss with prejudice plaintiffs' second claim for relief for failure to state a claim upon which relief can be granted. The second claim for relief alleges a claim for strict liability, and as a matter of law such claim is fatally defective. This motion is accompanied by a contemporaneously-filed memorandum in support of the motion.

WHEREFORE The Perkin-Elmer Corporation and Applera Corporation respectfully pray that their Motion be inquired into and granted and that plaintiffs' second claim for relief be dismissed in its entirety.

///

///

This the 19th day of August, 2009.

        YATES, MCLAMB & WEYHER, L.L.P.

        By: /s/ Barbara B. Weyher
        *Attorneys for Defendants Improperly Named as*
        *The Perkin-Elmer Corporation and Applera*
        *Corporation*
        Barbara B. Weyher
        One Bank of America Plaza
        421 Fayetteville Street, Suite 1200
        Raleigh, North Carolina 27601
        919.835.0900 telephone
        919.835.0910 fax
        Email: bweyher@ymwlaw.com
        North Carolina State Bar No. 9029

        MOZLEY, FINLAYSON & LOGGINS LLP
        J. Arthur Mozley
        Georgia State Bar No. 527700
        Kristen M. Kelly
        Georgia State Bar No. 595011
        5605 Glenridge Drive, Suite 900
        One Premier Plaza
        Atlanta, Georgia 30342
        404.256.0700 telephone
        404.250.9355 fax
        Email: amozley@mfllaw.com
        Email: kkelly@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LARRY CRIBB and CAROLYN CRIBB, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SULZER METCO (US) INC., and THE )<br>PERKIN-ELMER CORPORATION, and )<br>APPLERA CORPORATION, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 4:09-cv-00141-FL<br>(Removed from the General Court of Justice, Superior Court Division, Carteret County, North Carolina, Case No. 09 CVS 1018) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2009, I electronically filed the foregoing **MOTION OF DEFENDANTS THE PERKIN-ELMER CORPORATION AND APPLERA CORPORATION TO DISMISS PLAINTIFFS' STRICT LIABILITY CLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** with the Clerk of the Court using the CM/ECF System which will automatically send a copy of same to the following counsel of record: David Neal Allen, J. Arthur Mozley, Kristen M. Kelly and I hereby certify that I have mailed the document to the following non CM/ECF participants:

John Alan Jones
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27603

Doug Jones
Doug Jones & Associates, P.A.
3115 Trent Road
New Bern, North Carolina 28562

YATES, MCLAMB & WEYHER, L.L.P.

By: /s/ Barbara B. Weyher
*Attorneys for Defendants Improperly Named as The Perkin-Elmer Corporation and Applera Corporation*

Barbara B. Weyher
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
919.835.0900 telephone
919.835.0910 fax
Email: bweyher@ymwlaw.com
North Carolina State Bar No. 9029