IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:09-CV-141-FL

| | |
|---|---|
| LARRY CRIBB and CAROLYN CRIBB,<br><br>Plaintiffs,<br><br>vs.<br><br>SULZER METCO (US) INC.,<br><br>Defendant. | **ORDER COMPELLING<br>COMPLIANCE WITH FOIA REQUEST** |

Based upon Plaintiffs' Unopposed Motion for Order Compelling Compliance with FOIA Request and, for good cause shown, the Court hereby orders FRC East to fully respond to the FOIA request submitted by Plaintiffs in this matter within fifteen (15) days or, alternatively, to demonstrate good cause for any further delay in complying with Plaintiffs' FOIA request in this matter. Counsel for Plaintiffs are directed to promptly send copies of this Order to the Office of Counsel for FRC East and the Director for Administration, Naval Health Clinic Cherry Point.

This the 25 day of February, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge